AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sweeney II, James R. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Indiana | 3. Date of Report<br><br>07/31/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>46 E. Ohio Street<br>Indianapolis, IN 46204 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Immediate Past President | The Reserve Officers Association of the United States |
| 2. | Chair | ROA STARS (Standing Together for Americas Reservists) Foundation |
| 3. | Board Member | The Propyleaum Historic Foundation |
| 4. | Member | Atir Semaj LLC |
| 5. | Partner | Barnes & Thornburg LLP |
| 6. | Member | Brebeuf Preparatory School Alumni Board |
| 7. | Member | Homeless Veterans Assistance Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Barnes & Thornburg LLP-Partnership Agreement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Self employed (attorney) | $926,176.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Alliant FCU (cash) | A | Interest | M | T | | | | | |
| 2. | BT Building - Indianapolis, IN | B | Rent | | | Sold | 10/24/18 | J | A | |
| 3. | BT Capital Account (cash) | | None | | | Sold | 10/24/18 | M | | |
| 4. | BT Cash Balance Plan (cash) | A | Interest | N | T | | | | | |
| 5. | First Financial Bank (formerly Mainsource Bank) (cash) | A | Interest | K | T | | | | | |
| 6. | NFCU (cash) | A | Interest | P1 | T | | | | | |
| 7. | Navy Mutual Aid Association (whole life insurance policy) | A | Dividend | M | T | | | | | |
| 8. | Gard Group LLC | | None | K | V | | | | | |
| 9. | Account #1 (H) | | | | | | | | | |
| 10. | Materra LLC ▓▓▓ | A | Int./Div. | M | U | | | | | |
| 11. | Account #2 (H) | | | | | | | | | |
| 12. | Health Equity HSA (X) | | None | K | T | | | | | |
| 13. | Account #3 (H) | | | | | | | | | |
| 14. | Stifel Insured Bank Account (cash) | A | Interest | J | T | | | | | |
| 15. | IVA Worldwide Cl A (IVWAX) | D | Dividend | M | T | | | | | |
| 16. | Account #4 (H) | | | | | | | | | |
| 17. | Stifel Insured Bank Account (cash) | A | Interest | J | T | | | | | 12 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ADOBE INC (ADBE) | | None | K | T | | | | | 14 |
| 19. ALPHABET INC CL A (GOOGL) | | None | K | T | | | | | 23 |
| 20. ALTRIA GROUP INC (MO) | | None | J | T | Buy | 11/02/18 | J | | |
| 21. | | | | | Sold | 11/28/18 | J | | |
| 22. | | | | | Buy | 12/31/18 | J | | |
| 23. AMAZON.COM INC (AMZN) | | None | J | T | Buy | 11/02/18 | J | | |
| 24. APPLE INC (AAPL) | A | Dividend | K | T | | | | | 13 |
| 25. BANK OF AMERICA CORP (BAC) | A | Dividend | J | T | | | | | 16 |
| 26. BERKSHIRE HATHAWAY INC CL B (BRKB) | | None | K | T | | | | | 17 |
| 27. BIOGEN INC (BIIB) (X) | | None | K | T | | | | | |
| 28. BRISTOL MYERS SQUIBB COMPANY (BMY) (X) | A | Dividend | | | Sold | 11/02/18 | J | | |
| 29. CELGENE CORP (CELG) (X) | | None | | | Buy<br>(add'l) | 10/09/18 | J | | |
| 30. | | | | | Sold | 11/02/18 | J | | |
| 31. CBOE GLOBAL MARKETS INC (CBOE) | A | Dividend | J | T | | | | | 18 |
| 32. CHURCHILL DOWNS INC (CHDN) (X) | | None | J | T | | | | | |
| 33. COMCAST CORP CL A NEW (CMCSA) (X) | A | Dividend | J | T | | | | | |
| 34. COSTAR GROUP INC (CSGP) | | None | J | T | | | | | 19 |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WALT DISNEY CO (DIS) (X) | A | Dividend | J | T | | | | | |
| 36. ELECTRONIC ARTS INC (EA) | | None | J | T | Sold | 11/28/18 | J | | 21 |
| 37. | | | | | Buy | 12/31/18 | J | | |
| 38. HOME DEPOT INC (HD) (X) | A | Dividend | | | Sold | 11/02/18 | J | | |
| 39. HUNTINGTON INGALLS INDS INC (HII) | A | Dividend | J | T | | | | | 24 |
| 40. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 41. INTEL CORP (INTC) (X) | A | Dividend | K | T | Buy (add'l) | 11/05/18 | J | | |
| 42. INTERCONTINENTAL EXCHANGE INC (ICE) | A | Dividend | J | T | | | | | 25 |
| 43. INTUITIVE SURGICAL INC (ISRG) (X) | | None | J | T | | | | | |
| 44. KEYCORP (KEY) | A | Dividend | J | T | | | | | 27 |
| 45. LVMH MOET HENNESSY LOUIS VUITTON ADR (LVMUY) (X) | | None | J | T | Sold | 11/28/18 | J | | |
| 46. | | | | | Buy | 12/31/18 | J | | |
| 47. MGM RESORTS INTL (MGM) (X) | A | Dividend | J | T | Buy (add'l) | 11/05/18 | J | | |
| 48. | | | | | Sold | 11/28/18 | J | | |
| 49. | | | | | Buy | 12/31/18 | J | | |
| 50. MADISON SQUARE GARDEN CO CL A (MSG) (X) | | None | J | T | | | | | |
| 51. MASTERCARD INC CL A (MA) | A | Dividend | K | T | | | | | 29 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MERCK & COMPANY INC (MRK) | | None | J | T | Buy | 11/02/18 | J | | |
| 53. MICROSOFT CORP (MSFT) | A | Dividend | K | T | Sold (part) | 11/02/18 | J | A | 31 |
| 54. MOODYS CORP (MCO) (X) | A | Dividend | J | T | | | | | |
| 55. NORTHROP GRUMMAN CORP (NOC) | A | Dividend | J | T | | | | | 33 |
| 56. ONEOK INC (OKE) (X) | A | Dividend | | | Sold | 11/02/18 | J | A | |
| 57. PAYPAL HOLDINGS INC (PYPL) | | None | J | T | | | | | 38 |
| 58. PFIZER INC (PFE) | A | Dividend | K | T | Sold (part) | 10/08/18 | J | B | 36 |
| 59. PIONEER NATURAL RESOURCES CO (PXD) | A | Dividend | J | T | Sold | 11/28/18 | J | | 37 |
| 60. | | | | | Buy | 12/31/18 | J | | |
| 61. REGIONS FINANCIAL CORP (RF) | A | Dividend | J | T | | | | | 39 |
| 62. ROYCE VALUE TRUST INC (RVT) (X) | A | Dividend | J | T | Sold | 11/02/18 | J | | |
| 63. SIRIUS XM HLDGS INC (SIRI) (X) | A | Dividend | J | T | | | | | |
| 64. SOUTHWEST AIRLINES CO (LUV) | A | Dividend | J | T | Sold | 11/28/18 | J | | 28 |
| 65. | | | | | Buy | 12/31/18 | J | | |
| 66. SPDR S&P 500 ETF (SPY) | | None | | | Buy | 11/28/18 | L | | |
| 67. | | | | | Sold | 12/31/18 | L | | |
| 68. STANLEY BLACK & DECKER INC (SWK) (X) | A | Dividend | J | T | Buy (add'l) | 11/05/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/28/18 | J | | |
| 70. | | | | | Buy | 12/31/18 | J | | |
| 71.  TEXAS INSTRUMENTS INC (TXN) | | None | J | T | Buy | 11/02/18 | J | | |
| 72.  UNION PACIFIC CORP (UNP) | A | Dividend | J | T | Sold (part) | 11/02/18 | J | B | 44 |
| 73.  UNITEDHEALTH GROUP INC (UNH) | A | Dividend | K | T | Buy (add'l) | 11/05/18 | J | | 43 |
| 74.  VAIL RESORTS INC (MTN) | A | Dividend | J | T | | | | | 32 |
| 75.  WALMART INC (WMT) | | None | J | T | Buy | 11/02/18 | J | | |
| 76.  ZEBRA TECHNOLOGIES CORP CL A (ZBRA) (X) | | None | J | T | | | | | |
| 77.  PERNOD RICARD (PDRDF) (X) | A | Dividend | J | T | | | | | |
| 78.  FERRARI NV (RACE) (X) | A | Dividend | J | T | Sold (part) | 11/02/18 | J | A | |
| 79. | | | | | Sold | 11/28/18 | J | | |
| 80. | | | | | Buy | 12/31/18 | J | | |
| 81.  FIAT CHRYSLER AUTOMOBILES N V (FCAU) (X) | | None | J | T | | | | | |
| 82.  Account #5 (H) | | | | | | | | | |
| 83.  Fidelity Low-Priced Stock (FLPSX) | D | Dividend | K | T | | | | | |
| 84.  Harbor Capital Appr Ret (HNACX) | B | Dividend | J | T | | | | | |
| 85.  Keybank EB Magic 20 Fund (EBMGICX) | | None | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Total Return Instl (PTTRX) | D | Dividend | M | T | | | | | |
| 87. Schwab Treas Infl-Prot Sec Idx (X) | B | Dividend | M | T | | | | | |
| 88. Vanguard Inst Index Fund (VINIX) | C | Dividend | M | T | | | | | |
| 89. Vanguard Retirement Inc Instl (VTINX) | A | Dividend | K | T | | | | | |
| 90. Vanguard Windsor II Fund (VWNAX) | E | Dividend | M | T | | | | | |
| 91. Account #6 (H) | | | | | | | | | |
| 92. Ferrarri NV (RACE) (X) | A | Interest | J | T | | | | | |
| 93. Fiat Chrysler Auto (FCAU) (X) | | None | J | T | | | | | |
| 94. Amazon Com Inc (AMZN) | | None | J | T | Buy | 11/02/18 | J | | |
| 95. Churchill Downs Inc (CHDN) (X) | | None | J | T | | | | | |
| 96. Home Depot Inc (HD) (X) | A | Dividend | | | Sold | 11/02/18 | J | | |
| 97. MGM Resorts Intl (MGM) (X) | A | Dividend | J | T | | | | | |
| 98. Madison Square Garden Co (MSG) (X) | | None | J | T | | | | | |
| 99. Vail Resorts Inc (MTN) (X) | A | Dividend | J | T | | | | | |
| 100. Pernod Ricard (PDRDF) (X) | A | Dividend | J | T | | | | | |
| 101. Altria Group Inc (MO) | | None | J | T | Buy | 11/02/18 | J | | |
| 102. LVMH Moet Hennessy Louis (LVMUY) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Walmart Inc (WMT) | | None | J | T | Buy | 11/02/18 | J | | |
| 104. Pioneer Nat Res (PXD) | A | Dividend | J | T | | | | | |
| 105. Bank of America Corp (BAC) | A | Dividend | J | T | | | | | |
| 106. Berkshire Hathaway Inc (BRKB) | | None | J | T | | | | | |
| 107. CBOE Global Markets Inc (CBOE) | A | Dividend | J | T | | | | | |
| 108. Intercontinental Exchange Inc (ICE) | A | Dividend | J | T | | | | | |
| 109. Keycorp New (KEY) | A | Dividend | J | T | | | | | |
| 110. Moody's Corp (MCO) (X) | A | Dividend | J | T | | | | | |
| 111. Regions Financial Corp (RF) | A | Dividend | J | T | | | | | |
| 112. Biogen Inc (BIIB) (X) | | None | J | T | | | | | |
| 113. Bristol Myers Squibb Co (BMY) (X) | A | Dividend | | | Sold | 11/02/18 | J | | |
| 114. Celgene Corp (CELG) (X) | | None | | | Sold | 11/02/18 | J | | |
| 115. Intuitive Surgical Inc (ISRG) | | None | J | T | Buy | 10/01/18 | J | | |
| 116. Merck & Co Inc (MRK) | | None | J | T | Buy | 11/02/18 | J | | |
| 117. Pfizer Inc (PFE) | A | Dividend | J | T | Sold (part) | 10/01/18 | J | A | |
| 118. Unitedhealth Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 119. Costar Group Inc (CSGP) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Huntington Ingalls Inds Inc (HII) | A | Dividend | J | T | | | | | |
| 121.  Northrop Grumman Corp (NOC) | A | Dividend | J | T | | | | | |
| 122.  Southwest Airlines Co (LUV) | A | Dividend | J | T | | | | | |
| 123.  Stanley Black & Decker Inc (SWK) (X) | A | Dividend | J | T | | | | | |
| 124.  Union Pacific Corp (UNP) (X) | A | Dividend | J | T | Sold<br>(part) | 11/02/18 | J | A | |
| 125.  Adobe Systems Inc (ADBE) | | None | J | T | Sold<br>(part) | 10/01/18 | J | C | |
| 126.  Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 127.  Intel Corp (INTC) (X) | A | Dividend | J | T | Buy<br>(add'l) | 11/05/18 | J | | |
| 128.  Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 129.  Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 130.  Paypal Holdings Inc-W/I (PYPL) | | None | J | T | | | | | |
| 131.  Texas Instruments Inc (TXN) | | None | J | T | Buy | 11/02/18 | J | | |
| 132.  Zebra Technologies Corp Class A (ZBRA)<br>(X) | | None | J | T | | | | | |
| 133.  Alphabet Inc/CA-CL A (GOOGL) | | None | J | T | | | | | |
| 134.  Comcast Corp (CMCSA) (X) | A | Dividend | J | T | | | | | |
| 135.  Disney Walt Co (DIS) (X) | A | Dividend | J | T | | | | | |
| 136.  Electronic Art (EA) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Sirius XM Holdings (SIRI) (X) | A | Dividend | J | T | | | | | |
| 138.  Royce Value Trust Inc (RVT) (X) | A | Dividend | | | Sold | 11/02/18 | J | | |
| 139.  Account #7 (H) | | | | | | | | | |
| 140.  Stifel Insured Bank Account (cash) | A | Interest | J | T | | | | | |
| 141.  INDIANA ST FIN AUTH REV RFDG EDL FAC PURDUE RESH FNDTN (4550575W5) | A | Interest | J | T | | | | | |
| 142.  INDIANAPOLIS IN LOC PUB IMPT BD BK RFDG SER E REV AMBAC (45528SYH3) | A | Interest | J | T | | | | | |
| 143.  FISHERS IN REDEV DIST EXIT 10 INFRA SER A B/E OID (33803KBB0) | A | Interest | J | T | | | | | |
| 144.  INDIANA ST FIN AUTH REV RFDG FACS SER C B/E Cpn 5.000% (45506DBD6) | A | Interest | K | T | | | | | |
| 145.  HAMILTON STHESTRN IN CONS SCH BLDG CORP REV RFDG 1ST MTG (40785EJ49) | B | Interest | K | T | | | | | |
| 146.  CARLISLE SULLIVAN IN SCH BLDG CORP RFDG 1ST MTG REV (142523BX6) (X) | A | Interest | K | T | | | | | |
| 147.  FRANKLIN TWP IN MULT SCH BLDG CORP RFDG B/E 1ST MTG SER A (355137BU3) | A | Interest | J | T | | | | | |
| 148.  CROWN POINT IN MLTI SCH BLDG CORP REV RFDG 1ST MTG B/E (228485KN7) | B | Interest | K | T | | | | | |
| 149.  IVY TECH CMNTY CLLG IN RFDG STDNT FEE SER O REV B/E (46603ACS8) | A | Interest | K | T | | | | | |
| 150.  GREENFIELD IN SEW WKS REV B/ E PTC Cpn 3.000% Due 01/01/26 (395028DP5) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. HAMILTON STHESTRN IN B/E CONS SCH BLDG CORP RFDG 1ST MTG (40785EWZ5) | B | Interest | K | T | | | | | |
| 152. PLAINFIELD IN CMNTY HIGH SCH BLDG CORP RFDG 1ST (726286EM5) (X) | | None | K | T | | | | | |
| 153. DECATUR TWP MARION CNTY IN MULT SCH BLDG CORP 1ST (243360EZ3) (X) | | None | K | T | | | | | |
| 154. SOUTH ADAMS IN SCH BLDG CORP 1ST MTG RFDG & IMP (836193DB5) (X) | | None | K | T | | | | | |
| 155. Account #8 (H) | | | | | | | | | |
| 156. Stifel Insured Bank (cash) | A | Interest | L | T | | | | | |
| 157. CIT BANK SALT LAKE CITY UT CD FDIC #35575 Cpn 4.000% (17284P2S3) | A | Interest | J | T | | | | | |
| 158. BANK OF INTERNET USA SAN DIEGO CA CD FDIC #35546 Cpn 3.600 (06279LAT1) | A | Interest | J | T | | | | | |
| 159. CAPITAL ONE BANK USA NA GLEN ALLEN VA CD FDIC #33954 (140420TX8) | A | Interest | J | T | | | | | |
| 160. BMW BANK OF NORTH AMER SALT LAKE CITY UT CD FDIC #35141 (05580ADF8) | A | Interest | K | T | | | | | |
| 161. BMW BANK OF NORTH AMER SALT LAKE CITY UT CD FDIC #35141 (05580ADU5) | A | Interest | J | T | | | | | |
| 162. GOLDMAN SACHS BANK USA NEW YORK NY CD FDIC #33124 (381426PY5) | A | Interest | | | Redeemed | 10/15/18 | J | | |
| 163. SALLIE MAE BANK SALT LAKE CITY UT CD FDIC #58177 Cpn (795450VE2) | A | Interest | | | Redeemed | 11/26/18 | J | | |
| 164. Account #9 (H) | | | | | | | | | |
| 165. Schwab Cash & Money Market Account (cash) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 166. ALPS ALERIAN MLP (AMLP) (X) | | None | | | Sold | 09/26/18 | J | | |
| 167. COHEN & STEERS CLOSED EN (FOF) | A | Dividend | J | T | | | | | |
| 168. CONOCOPHILLIPS (COP) (X) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 169. POWERSHARES PREFERRED (PGX) | A | Dividend | | | Sold | 09/26/18 | J | | |
| 170. PROSHARES ULTRA QQQ ETF (QLD) (X) | | None | | | Sold | 12/07/18 | J | | |
| 171. PROSHARES TR/PROSHARES ULTRASHORT 2 (TBT) (X) | | None | | | Buy (add'l) | 10/04/18 | J | | |
| 172. | | | | | Sold | 10/18/18 | J | A | |
| 173. | | | | | Buy | 11/07/18 | J | | |
| 174. | | | | | Sold | 11/12/18 | J | A | |
| 175. | | | | | Buy | 12/07/18 | J | | |
| 176. | | | | | Sold | 12/20/18 | J | | |
| 177. TRANSCANADA CORP (TRP) (X) | | None | | | Sold | 09/27/18 | J | | |
| 178. VANGUARD EXTENDED DURATION ETF (EDV) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sweeney II, James R. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 8: Valuation is based upon the original purchase price.

This report has been restructured by account with assets arranged in brokerage order. Where necessary for clarity or to address name changes, the corresponding line numbers from the prior report are included in Column D(5) for ease of review. This is not indicative of reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 15, 20, 22, 26, 30, 34, 35, 40-42, 45, 46, 49, 56, 60, 62, 75, 77-86, 88, 96, 100, 109, 111, 112, 115, 123-136, 138-146, 148, and 149 of the prior report are not reportable in this cycle; there are not corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Sweeney II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544